IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY W. BROOM,

    Petitioner,

v.	4:16cv774-WS/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed December 15, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus[1] be dismissed for lack of jurisdiction. The petitioner has filed objections (doc. 5) to the report and recommendation.

---

[1] In his Petition for Writ of Habeas Corpus, the petitioner states that he seeks relief "pursuant to 28 U.S.C. § 2241 or in the alternative 28 U.S.C. § 2254."

The court having reviewed the magistrate judge's report and recommendation in light of the petitioner's objections, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "Anthony W. Broom's petition for writ of habeas corpus is dismissed for lack of jurisdiction."

DONE AND ORDERED this   4th   day of   January  , 2017.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE